Julia Harvey
77 Water Street, Suite 2100
New York, New York 10005
Julia.Harvey@lewisbrisbois.com
Direct: 646.989.9424

July 3, 2024

**Via ECF and e-mail:**
Failla_NYSDChambers@nysd.uscourts.gov
Hon. Katherine Polk Failla, United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re: Jimmy Williams Gore, Jr. v. David Banellis, et al.
24 Civ. 3801 (KPF)

Dear Hon. Polk Failla:

This office represents defendants in the above-referenced matter. Please allow this correspondence to serve as a joint request for an adjournment of the pre-trial conference currently scheduled for July 10, 202 at 2:30 p.m. There have been no prior requests for adjournment or extension.

Pursuant to my telephone conversation with plaintiff's attorney, Awn Abrar, Esq., plaintiff's counsel is not currently admitted to the United States District Court for the Southern District of New York. As such, Mr. Abrar indicated he will be submitting an application to be admitted either today, or Friday, July 5th, 2024 and is requesting an adjournment of the pre-trial conference until July 30, 2024, or until the Court's next available date.

The undersigned does not object to an adjournment of the pre-trial conference until July 30, 2024, or until the Court's next available date, so as to permit plaintiff's attorney an opportunity to obtain admission to the United States District Court for the Southern District of New York.

The undersigned remains available should the Court have any inquiries.

Respectfully,

/s/

Julia Harvey of
LEWIS BRISBOIS BISGAARD & SMITH LLP

CC via e-mail:
Attorneys for Plaintiff
aa@thesupremelaw.com;
LitigationTeam@TheSupremeLaw.com