UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

-------------------------------------------------------------------------------X
JIMMY WILLIAMS GORE JR.,   Civil Action. 1:24-cv-03801

                     Plaintiff,

                                                                                          **CONSENT TO CHANGE**
-against-                                                          **ATTORNEYS**

DAVID BANELLIS and ROAD SCHOLAR TRANSPORTATION, LLC.,

                     Defendant(s).

-------------------------------------------------------------------------------X

      **IT IS HEREBY CONSENTED THAT** the law offices of **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP,** located at 1133 Westchester Avenue, White Plains, New York 10604 be substituted as the attorneys of record for Defendant, **DAVID BANELLIS AND ROAD SCHOLAR TRANSPORTATION, LLC** in the above-entitled action in the place and stead of **LEWIS BRISBOIS BOSGAARD & SMITH LLP** as of the date hereof, and that this substitution is effective without further notice.

      **IT IS FURTHER STIPULATED, AGREED AND CONSENTED** that the fax signatures appearing below, if applicable, will be deemed to be originals and that the within Stipulation may be signed in counterparts and filed without further notice with the Clerk of the Court.

1

Dated:   White Plains, NY
         September 23, 2023

Wilson Elser Moskowitz Edelman & Dicker, LLP

By: _____
Joesph Baiocco (JB-2387)
**Incoming Attorneys for Defendant,**
**DAVID BANELLIS and ROAD**
**SCHOLAR TRANSPORTATION, LLC**
1133 Westchester Avenue
White Plains, NY 10604
Our File No: TBD

Lewis Brisbois Bisgaard & Smith LLP

By: /s/ Adam Schwartzstein
Adam Schwartzstein, (AS-5112)
**Outgoing Attorneys for Defendant,**
**DAVID BANELLIS and ROAD**
**SCHOLAR TRANSPORTATION, LLC**
77 Water Street, Suite 2100
New York, NY 10005

**Road Scholar Transportation**

_____
Jeff Walsh
Operations Manager


STATE OF _____ )
                                 ) ss.:
COUNTY OF _____ )

On the 24 day of September, 2024, before me personally came, _____, to me known, and known to me to be the same person described herein and who executed the foregoing consent and acknowledged to me that she executed the same.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
Shannon Griffin Sacchetti, Notary Public
Lackawanna County
My Commission Expires 9/5/2025
Commission # 1320165

Application GRANTED.

The Clerk of Court is directed to terminate outgoing attorneys Julia Harvey and Adam Neil Schwartzstein from the docket and add incoming attorney Joseph Baiocco to the docket.

Dated:  October 18, 2024          SO ORDERED.
        New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE