WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

November 26, 2024

**Christin Brown**
914-872-7158 (direct)
Christin.Brown@wilsonelser.com

**VIA E-FILE**
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Jimmy Williams Gore JR. v. David Banellis and Road Scholar Transportation, LLC
Case Number: 1:2024cv03801

Dear Judge Failla:

This office represents Defendants David Banellis and Road Scholar Transportation in the above referenced matter. Pursuant to Your Honor's Civil Rules of Practice, the parties write jointly to respectfully request an extension to the current fact discovery deadline of December 20, 2024, to February 28, 2025. Further, we request an extension for expert discovery deadline of February 3, 2025 to April 25, 2025. Plaintiff's counsel has provided their consent. This is the first request for an extension. The reason for the request is based on the recent transfer of the case to this law firm.

Annexed hereto is the proposed Revised Scheduling Order.

Thank you for your consideration.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

____________________________
Christin Brown

cc: Attorneys for Plaintiff (Via ECF)