March 20, 2025

**VIA E-FILE**
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Jimmy Williams Gore JR. v. David Banellis and Road Scholar Transportation, LLC
Case Number: 1:2024cv03801

Dear Judge Polk Failla:

The purpose of this letter is for a joint status updated pursuant to the Notice of Initial Pretrial Conference. The parties in the above reference matter write jointly to provide a status update pursuant to Your Honor's Order (Dkt. No. #5).

This is a personal injury action for injuries allegedly sustain during a motor vehicle accident on November 16, 2023. Plaintiff is alleging injuries to the left shoulder, left knee, cervical spine, and lumbar spine. Defendants' will supplement their principal defenses upon conclusion of the driver's deposition.

As outlined within defendants' Notice of Removal (Dkt. No. #1), jurisdiction is founded on diversity of citizenship.

All initial discovery is completed. Plaintiff deposition was completed on January 28, 2025. The present fact discovery deadline is March 21, 2025, and the expert discovery deadline is April 3, 2025. There are no outstanding motions.

Discovery is incomplete, as the defendant's deposition remains outstanding, the depositions is scheduled for May 20, 2025. Plaintiff's independent medical examinations will be scheduled upon receipt of relevant medical records from plaintiff's prior motor vehicle accident. The examination will be scheduled on or before April 1, 2025, and will be completed prior to July 31, 2025.

Completion of the defendant driver's deposition is necessary for the parties to engage in meaningful settlement negotiations. Plaintiff's current demand is $1 million dollars.

Defendants' reserve the right for additional discovery to the extent necessary following the receipt of the independent medical examination reports. Plaintiff reserves the right for additional discovery relevant to defendants' deposition.

At this time, both parties request to extend the factual discovery deadline to September 24, 2025. Both parties request to extend the expert discovery deadline to October 24, 2025. Both parties have agreed to adjourn the IPTC presently scheduled for March 26, 2025 until after the driver's deposition

is completed on May 20, 2025.

We thank the Court for its attention to this matter.

Respectfully submitted,

| | |
|---|---|
| **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP** | **ZABOKRITSKY LAW GROUP, P.C.** |
| Christin Brown, Esq.<br>Attorneys for Defendants | Esq.<br>Attorneys for Plaintiff |