

March 11, 2026

Cameron F. Kamer
(914) 323-7000 (direct)
Cameron.Kamer@wilsonelser.com

**VIA PACER**

The Honorable Katherine Polk Failla
United Stated District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse, Courtroom 618
40 Foley Square
New York, NY 10007



> **Re:** **Jimmy Williams Gore, Jr. v. David Banellis et al.**
> **Case No.: 1:2024-cv-03801**

Dear Hon. Katherine Polk Failla,

My office represents Defendants Road Scholar Transportation, LLC and David Banellis (hereinafter "Defendants") in the above-referenced matter. At this time, Defendants respectfully seek a judicial subpoena for the production of non-party witness Donna Flemming's vehicle, which was allegedly involved in the subject accident.

Defendants intend to retain an expert to inspect, photograph, download electronic data from, and otherwise evaluate the vehicle that Plaintiff alleges he occupied at the time of the incident. However, despite good-faith efforts to coordinate such an inspection with Ms. Flemming and her counsel in a related state court action, neither Ms. Flemming nor her counsel has agreed to produce the vehicle, notwithstanding the issuance of subpoenas and multiple requests. Defendants also seek Ms. Flemming's deposition as a non-party witness with knowledge of the subject incident and the condition of the vehicle.

Defendants have further demanded photographs of the subject vehicle and any related autobody or repair records through discovery. In response, Plaintiff has represented that he does not have control over the vehicle and has not spoken with Ms. Flemming since the date of the accident. As a result, Defendants have been unable to obtain these materials or otherwise arrange for inspection of the vehicle through the parties to this action.

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Indiana • Kentucky
Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco
Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

- 2 -

This expert discovery is critical to Defendants' defense, particularly in light of significant discrepancies regarding the description of the accident and the alleged vehicle damage. Absent the requested inspection, Defendants will be prejudiced in their ability to properly investigate and defend against Plaintiff's claims, and the ongoing delay has already hindered Defendants' investigation of the incident.

Accordingly, Defendants respectfully request that the Court issue a judicial subpoena compelling production of the vehicle for inspection.[1]

Thank you for your time and consideration.

Respectfully Submitted,

By: ___*Cameron F. Kamer*_____
Cameron F. Kamer, Esq.
WILSON ELSER MOSKOWITZ EDELMAN
& DICKER, LLP
*Attorneys for Defendants*
ROAD SCHOLAR TRANSPORTATION,
LLC and DAVID BANELLIS
1133 Westchester Ave
White Plains, New York 10604
(914) 323-7000

Encl.

---

[1] Annexed hereto as **Exhibit "A"** is a Proposed AO 88B Form for a Subpoena to Produce Documents, Information, or Objects and to Permit Inspection of Premises in a Civil Action. Annexed as **Exhibit "B"** are relevant portions of the deposition testimony of Jimmy Williams Gore, Jr., relating to the auto body shop where the subject vehicle was allegedly towed following the accident. Annexed as **Exhibit "C"** is a copy of the police report identifying the subject vehicle, including its VIN number. Of course, defense counsel would be happy to prepare any additional documentation the Court may require.

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Indiana • Kentucky
Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco
Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

The Court has received Defendants' above-request and Plaintiff's opposition (Dkt. #40).

Because of the numerous discovery extensions that the Court has already given in this case, Defendants' motion is hereby DENIED.  On August 20, 2025, the Court held a post-fact pretrial conference in this case, at which conference the Court referred the case to Magistrate Judge Lehrburger for settlement purposes.  (August 20, 2025 Minute Entry).  On October 24, 2025, the Court held a discovery conference to address the issue of Plaintiff's lumbar fusion surgery, and it allowed the parties to reopen discovery on a limited basis to investigate this issue.  (October 24, 2025 Minute Entry; see Dkt. #32).  Then, the Court granted a nearly month-long discovery extension until March 20, 2026, which is a week from today.  (Dkt. #35).

Defendants have had numerous opportunities to raise the issue of the non-party witness's vehicle since the October 24, 2025 discovery conference.  As the Court has made clear in its previous order, it will not grant another discovery extension absent compelling circumstances, and Defendants have presented no such circumstances.  The parties are directed to conclude discovery by **March 20, 2026,** and to inform the Court whether or not they would like to resume settlement efforts before Judge Lehrburger.

The Clerk of Court is directed to terminate the pending motion at docket entry 39.

Dated:     March 13, 2026         SO ORDERED.
           New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE