Zabokritsky Law Group P.C.
Our Clients Needs Are Our Highest Priority

**251 Northern Boulevard**
**Great Neck, NY 11021**
www.ZabokritskyLawGroup.com
Toll Free: (888) 527-INJURED
**Tel: (718) 366-2301**
**Fax: (718) 366-2302**
**E-Mail:** Contact@TheSupremeLaw.com

October 2, 2026

The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: Gore Jr. v. Banellis, et al.
Case No.: 1:24-cv-03801-KPF

Dear Honorable Judge Lehrburger:

Plaintiff respectfully submits this letter in opposition to defendants' letter motion to adjourn the settlement conference scheduled for October 15, 2026. As mentioned by counsel, on September 30, 2026, the parties participated in a private mediation with mediator Daniel Cassidy, Esq. The parties from the related Bronx Supreme Court action, arising out of the same accident, also participated.

What counsel conveniently failed to mention was that approximately 2.5 hours into the mediation, and approximately 2 years after FRCP 26(a)(1) required full disclosure in the instant action, defendants' counsel revealed to Mr. Cassidy that there may be an additional million dollars in umbrella coverage above the one million dollar single limit policy. The mediation was then, of course, forced to be terminated as a supplemental insurance disclosure was needed from defendants.

Thereafter, all parties agreed to conduct a further mediation on October 7, 2026. As such, defendants' request to adjourn the settlement conference scheduled for October 15, 2026 is moot, and this Honorable Court should not grant any such courtesy to Defendants at this juncture. Furthermore, in the event that this matter is not resolved at the October 7, 2026 private mediation, Plaintiff respectfully requests that Your Honor require Defendants' counsel to appear with both their client and carriers with full authority on October 15, 2026.

Although Plaintiff was severely prejudiced by a disclosure this late into the instant proceedings, and believes that Defendants' conduct could be considered sanctionable pursuant to FRCP 37, Plaintiff is not presently moving for or requesting any such sanctions at this time.

Thank you for your time and attention to this matter.

Respectfully submitted,

*Awn Abrar, Esq.*
**Awn Abrar, Esq.**