October 2, 2026

Cameron F. Kamer
(914) 872 - 7278 (direct)
Cameron.Kamer@wilsonelser.com

**VIA PACER**

The Honorable Robert W. Lehrburger
United Stated Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
United States Courthouse, Courtroom 18D
500 Pearl St.
New York, NY 10007

**Re: Jimmy Williams Gore, Jr. v. David Banellis et al.**
**Case No.: 1:2024-cv-03801**

Dear Hon. Robert W. Lehrburger,

We represent Defendants Road Scholar Transportation, LLC and David Banellis in the above-captioned matter. We write in response to Plaintiff's October 2, 2026 letter.

The parties' second private mediation has now been confirmed for October 7, 2026. Defendants therefore withdraw their October 1, 2026 letter application to adjourn the settlement conference set for October 15, 2026.

If the matter does not resolve at mediation, Defendants will attend the October 15, 2026 settlement conference as scheduled.

We thank the Court for its time and consideration.

Respectfully Submitted,

By: /s/ Christin M. Browm
Christin M. Brown, Esq.
Cameron F. Kamer, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
*Attorneys for Defendants*
**ROAD SCHOLAR TRANSPORTATION, LLC and DAVID BANELLIS**
1133 Westchester Ave
White Plains, New York 10604
(914) 323-7000

TO: **ALL PARTIES VIA PACER**