WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Cameron F. Kamer
(914) 872 - 7278 (direct)
Cameron.Kamer@wilsonelser.com

October 1, 2026

Request denied without prejudice. Per Plaintiff's response (Dkt. 59), it appears the parties may have a further mediation session on or about October 7, 2026. Accordingly: (1) the October 15, 2026, settlement conference remains scheduled as is for the time being; (2) on **October 8, 2026**, the parties shall file a joint status report on mediation and the extent to which there remains a need for the October 15 settlement conference or an adjournment thereof; and (3) the deadline for the parties to submit their ex parte settlement conference statements is extended to **October 12, 2026**.

SO ORDERED:

10/2/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA PACER**

The Honorable Robert W. Lehrburger
United Stated Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
United States Courthouse, Courtroom 18D
500 Pearl St.
New York, NY 10007

**Re: Jimmy Williams Gore, Jr. v. David Banellis et al.**
**Case No.: 1:2024-cv-03801**

Dear Hon. Robert W. Lehrburger,

We write on behalf of Defendants Road Scholar Transportation, LLC and David Banellis in the above-captioned matter. Defendants respectfully request a second brief adjournment of the settlement conference currently scheduled for October 15, 2026. Plaintiff's counsel has not provided their consent to this request

On September 30, 2026, the parties in this matter, together with the parties in a related action pending in Bronx County, participated in private mediation through SSAM with mediator Dan Cassidy. During the mediation, additional information concerning the available insurance coverage first came to light, affecting the parties' respective evaluations of the case. In light of this development, the parties determined that additional time would be beneficial before continuing meaningful settlement discussions.

Nevertheless, all parties verbally agreed to reconvene for a second round of private mediation in an effort to resolve this matter. Defendants believe that, with the benefit of this additional information and sufficient time to evaluate their respective positions, the parties will be better situated to engage in meaningful settlement discussions.

Accordingly, Defendants respectfully request a brief adjournment of the October 15, 2026, settlement conference to allow the parties to pursue a resolution through further private mediation, potentially avoiding the need for additional Court intervention.

We thank the Court for its time and consideration.

Respectfully Submitted,

By: /s/ Christin M. Browm
Christin M. Brown, Esq.
Cameron F. Kamer, Esq.
WILSON ELSER MOSKOWITZ EDELMAN
& DICKER, LLP
*Attorneys for Defendants*
**ROAD SCHOLAR TRANSPORTATION, LLC and DAVID BANELLIS**
1133 Westchester Ave
White Plains, New York 10604
(914) 323-7000

TO: **ALL PARTIES VIA PACER**