WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

October 8, 2026

Cameron Kamer
(914) 872-7278 (direct)
Cameron.Kamer@wilsonelser.com

**VIA PACER**

Hon. Robert W. Lehrburger, U.S.M.J.
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Jimmy Williams Gore, Jr. v. David Banellis et al.**
**Case No.: 1:2024cv03801**

Dear Judge Lehrburger:

The parties jointly submit this letter pursuant to the Court's October 2, 2026 Order (Dkt. No. 61) to provide a status update concerning mediation and the upcoming settlement conference.

The parties advise that the anticipated private mediation scheduled for October 7, 2026 was canceled by Defendants' counsel on October 6, 2026, and as such, did not proceed. Accordingly, the parties agree that the Court's October 15, 2026 settlement conference remains necessary and should proceed as scheduled.

The parties will comply with the Court's prior Orders and Individual Settlement Conference Procedures, including the October 12, 2026 deadline for submission of their respective ex parte settlement statements.

Respectfully Submitted,

By: *Awn Abrar, Esq.*
Awn Abrar, Esq.
ZABOKRITSKY LAW GROUP, P.C.
*Attorneys for Plaintiffs*
**JIMMY WILLIAMS GORE, JR**
251 Northern Boulevard
Great Neck, New York 11021
(718) 366-2301

By: ______________________
Cameron F. Kamer, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
*Attorneys for Defendants*
**ROAD SCHOLAR TRANSPORTATION, LLC and DAVID BANELLIS**
1133 Westchester Ave
White Plains, New York 10604
(914) 323-7000